Jack Schuman, Appellee, v. Mary Dausch et al., Defendants.
Appeal of Isadore Wolf, Appellant.

Gen. No. 41,215.

opinion filed November 26, 1940. Irving G. Zazove, for appellant; Nathan Schwartz, for appellee. Opinion by PRESIDING JUSTICE FRIEND. ''Not to be published in full.''